IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARTHUR R. DOHMEN, Special Administrator of the Estate of SARAH A. FITZSIMMONS, Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **8:04CV164** |
| **vs.** | ) ) | **ORDER** |
| **NEBRASKA CENTRAL RAILWAY, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on plaintiff's Rule 6(b) Motion for Extension of Deadline and request for a Rule 16 conference (#44). Opposing counsel advised the court that he is amenable to participating in a scheduling conference.

**IT IS ORDERED** that plaintiff's motion (#44) is granted, as follows:

1. A Rule 16 conference will be held on **Thursday, August 4, 2005 at 10:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of setting an amended case progression schedule

2. The current progression order deadlines are hereby suspended pending the outcome of the August 4, 2005 conference.

DATED August 1, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge