IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR R. DOHMEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV164 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA CENTRAL RAILWAY, and RIO GRANDE PACIFIC, | ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED that the trial (jury) of this matter is continued from March 14, 2006 to **Tuesday, April 11, 2006** before Judge Laurie Smith Camp.

DATED October 31, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge