IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARTHUR R. DOHMEN, Special Administrator of the Estate of Sarah A. Fitzsimmons, Deceased, on behalf of himself and Decedent's heirs and next of kin estate of SARAH A. FITZSIMMONS,** | ) ) ) ) ) ) ) ) | **CASE NO. 8:04CV164** |
| **Plaintiff,** | ) ) | **ORDER** |
| vs. | ) ) | |
| **NEBRASKA CENTRAL RAILWAY COMPANY, A Delaware Corporation, and RIO GRANDE PACIFIC CORPORATION, A Texas Corporation,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court at the Motion for an Extension of Time filed by Plaintiff Arthur R. Dohmen (Filing No. 61). Dohmen seeks an extension of time to respond to the motions for summary judgment filed by Defendant Nebraska Central Railway Company and the Rio Grande Pacific Corporation. The parties have agreed to an extension of 20 days. Accordingly,

IT IS ORDERED:

The Plaintiff's Motion for an Extension of Time (Filing No. 61) is granted as follows: Plaintiff shall file his response to the Defendants' pending motions for summary judgment on or before Thursday, December 8, 2005.

DATED this 18th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge