## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR R. DOHMEN, Special Administrator of the Estate of Sarah A. Fitzsimmons, Deceased, on behalf of himself and Decedent's heirs and next of kin estate of  SARAH  A. FITZSIMMONS, | ) ) ) ) ) ) ) | CASE NO. 8:04CV164 |
| | ) | |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| NEBRASKA CENTRAL RAILWAY COMPANY, A Delaware Corporation, and RIO GRANDE PACIFIC CORPORATION, A Texas Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon notice given to the District Judge on February 10, 2006, by the Plaintiff that the above case has settled,

**IT IS ORDERED**:

1.      The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before March 13, 2006.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice;

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1; and

3.      Any pretrial conference scheduled in this case is hereby canceled.

DATED this 13th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge