# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ARTHUR R. DOHMEN, Special Administrator of the Estate of SARAH A. FITZSIMMONS, Deceased,** ) ) ) ) **Plaintiff,** ) ) **vs.** ) ) **NEBRASKA CENTRAL RAILWAY, et al.,** ) ) **Defendants.** ) | **8:04CV164**<br><br>**ORDER** |

The parties request an extension of time in which to submit settlement documents (#76).  For good cause shown,

**IT IS ORDERED** that the parties' request (#76) is granted, and the parties are given an extension of time to April 12, 2006 to file a joint stipulation to dismiss this action.

**DATED March 10, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**