IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARTHUR R. DOHMEN, Special Administrator of the Estate of Sarah A. Fitzsimmons, Deceased, on behalf of himself and Decedent's heirs and next of kin estate of SARAH A. FITZSIMMONS,** | ) ) ) ) ) ) ) ) | **CASE NO. 8:04CV164** |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| **NEBRASKA CENTRAL RAILWAY COMPANY, A Delaware Corporation, and RIO GRANDE PACIFIC CORPORATION, A Texas Corporation,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice. I find that the joint motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion to Dismiss (Filing No. 78) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. Each party shall pay its own costs and attorney fees.

Dated this 6th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge